**Burdette Theodore HOUSE, Appellant,**

v.

**Michael CAMPION, Commissioner of the Minnesota Department of Public Safety; Bruce Andersohn; James M. Dudgeon, Jr., Appellees.**

No. 09–2867.

United States Court of Appeals, Eighth Circuit.

Submitted: March 10, 2010.

Filed: March 15, 2010.

Burdette Theodore House, Minneapolis, MN, pro se.

Jeffrey S. Bilcik, Kimberly Parker, Attorney General's Office, St. Paul, MN, for Michael Campion.

Robert D. Goodell, Assistant County Attorney, Anoka, MN, for Bruce Anderson, James M. Dudgeon, Jr.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Burdette House appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 complaint. Having reviewed the record de novo, *see Owen v. Gen. Motors Corp.*, 533 F.3d 913, 918 (8th Cir.2008) (standard of review), we conclude that dismissal was proper. Accordingly, we affirm. *See* 8th Cir. Rule 47B.

[1]. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.